No. 435. IN RE UNION LEADER CORP. C. A. 1st Cir. Certiorari denied. *James M. Malloy* and *Ralph Warren Sullivan* for petitioner. *Frank Goldman* for the Haverhill Gazette Co., respondent and intervenor. ▮

No. 437. GODUTO ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *S. G. Lippman* and *Tim L. Bornstein* for petitioners. ▮

No. 443. WILSON, ATTORNEY GENERAL OF TEXAS, ET AL. *v.* STUART ET AL. C. A. 5th Cir. Certiorari denied. *Will Wilson,* Attorney General of Texas, and *Tom I. McFarling, Sam R. Wilson* and *Leon F. Pesek,* Assistant Attorneys General, for petitioners. *James L. McNees, Jr.* for respondents. ▮

No. 444. MASSEY *v.* KOSTER & WYTHE. C. A. 9th Cir. Certiorari denied. *Roy C. Hall* for petitioner. ▮

No. 445. DAVIS *v.* NATIONAL BANK OF MATTOON ET AL. Circuit Court of Coles County, Illinois. Certiorari denied.

No. 450. EASTERN AIR LINES, INC., *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *E. Smythe Gambrell* and *Harold L. Russell* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, John H. Wanner, Joseph B. Goldman* and *O. D. Ozment* for Civil Aeronautics Board, and *Howard C. Westwood, Alfred V. J. Prather* and *William H. Allen* for American Airlines, Inc., et al., respondents. ▮